**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | Case No.: 1:23-cv-02088 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Young B. Kim |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on May 23, 2023 [41] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 159 | xianyouxianduweizhenshengmaogegongyichang |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: February __7__, 2024                Respectfully submitted,

                                                                           Keith A. Vogt, Esq. (Bar No. 6207971)
                                                                           Keith Vogt, Ltd.
                                                                           33 West Jackson Boulevard, #2W
                                                                           Chicago, Illinois 60604
                                                                           Telephone: 312-971-6752
                                                                           E-mail: keith@vogtip.com

                                                                        **ATTORNEY FOR PLAINTIFF(S)**

Subscribed and sworn before me by Keith A. Vogt, on this __7__ of February, 2024.

Given under by hand and notarial seal.

_____
NOTARY PUBLIC

STATE OF ___Illinois___

COUNTY OF ___Cook___



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026